COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Dannon Sellers
ACC Cajun 2 - D2 #35 DOC No. 556277
1630 Prison Road
Cottonport LA 71327

**REHEARING ACTION: May 13, 2015**

**Docket Number: 15   00112-KH**

**STATE OF LOUISIANA
VERSUS
DANNON SELLERS**

**Writ Application from St. Martin Parish Case No. 234909**

**BEFORE JUDGES:**

**Hon. Jimmie C. Peters
Hon. James T. Genovese
Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Dannon Sellers** has this day been

**DENIED.**

cc: Hon. J. Phillip Haney, Counsel for  the Respondent